UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

LONNY MAYER,

Plaintiff,

vs. Case No. 26-CV-2162

MARY LAIRD,
MICHAEL WILKERSON,
MICHAEL AASTERUD,
NICKOLAS A. OBERLANDER,
TIM WILD, AND MT TOWING & RECOVERY,

Defendants.

---

**DEFENDANT MICHAEL WILKERSON'S NOTICE OF REMOVAL**

---

TO: Lonny Mayer
DOC No. 167104
Columbia Correctional Institution
PO Box 950
Portage, WI 53901

PLEASE TAKE NOTICE that the Defendant, Michael Wilkerson, by and through his respective attorneys, file this Notice of Removal with the Court pursuant to 28 U.S.C. §§ 1441(a), and 1446 and alleges as follows:

1. Plaintiff commenced this civil action against the above-captioned defendants in Milwaukee County Circuit Court on July 20, 2026, under Case No. 26CV006759. The Complaint alleges, among other things, that Defendant Michael Wilkerson, acting in his capacity as an Investigator with the Milwaukee County District Attorney's Office, deprived Plaintiff of rights secured by the United States Constitution

2. This Court has original jurisdiction under 28 U.S.C. § 1331 because the Complaint

expressly alleges violations of rights secured by the United States Constitution, including alleged deprivations of liberty and property without due process of law. *See* Compl., Sixth Cause of Action, "Conspiracy to Deprive Constitutional Rights," attached hereto as **Exhibit A**. To the extent Plaintiff asserts state law claims, this Court has supplemental jurisdiction over those claims pursuant to 28 U.S.C. § 1367 because they form part of the same case or controversy as the claims over which this Court has original jurisdiction. Accordingly, removal is proper pursuant to 28 U.S.C. §§ 1441 and 1446.

3. Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all subsequent pleadings, process, and orders filed in the state court action are attached hereto as **Exhibit B**.

4. The case will be properly venued in the United States District Court for the Eastern District of Wisconsin as the alleged events which form the basis for the Plaintiff's claims occurred within the Eastern District.

5. The time permitted by statute for filing this notice of removal has not expired. Defendants Tim Wild and MT Towing & Recovery were personally served on August 4, 2026. Defendant Nickolas Oberlander was personally served on August 31, 2026. Defendants Mary Laird and Michael Aasterud were purportedly served by publication, which was completed on September 28, 2026. Defendant Michael Wilkerson was personally served on October 20, 2026.

6. On November 18, 2026, the Milwaukee County Circuit Court was informed that Plaintiff's claims against Defendants Nickolas Oberlander, Tim Wild, and MT Towing & Recovery had been resolved through settlement, with dismissal documentation forthcoming. Dismissal of those defendants is anticipated. *See* Wisconsin Circuit Court Access (WCCA), *Lonny Mayer v. Mary Laird, et al.*, Milwaukee County Circuit Court Case No. 2026CV006759, https://wcca.wicourts.gov/caseDetail.html?caseNo=2026CV006759&countyNo=40 (last visited

Nov. 19, 2026).

7. Pursuant to 28 U.S.C. § 1446(b)(2)(C), earlier-served defendants may consent to removal initiated by a later-served defendant. Defendant Michael Wilkerson's Notice of Removal is timely.

8. Defendant Laird consents to the removal of this action, preserving her right to challenge personal jurisdiction.

9. Defendant Aasterud has not appeared in the case or filed a responsive pleading and correspondence sent to him by the circuit court has been returned as undeliverable. *See* WCCA, *Lonny Mayer v. Mary Laird, et al.*, Milwaukee County Circuit Court Case No. 2026CV006759, https://wcca.wicourts.gov/caseDetail.html?caseNo=2026CV006759&countyNo=40 (last visited Nov. 19, 2026). Further, additional attempts by undersigned counsel to reach Defendant Aasterud have been unsuccessful.

10. On November 19, 2026, Milwaukee County Circuit Court Judge William S. Pocan scheduled the matter for a hearing on December 10, 2026 on the question he raised sua sponte of whether he had proper jurisdiction over defendants Laird, Aasterud, and Wilkerson based on the service documents filed with the court.

11. Concurrent with filing this notice of removal, the defendants shall serve on the adverse party and shall file with the Milwaukee County Circuit Court Judge William S. Pocan a copy of this notice to inform this matter has been removed to the United States District Court for the Eastern District of Wisconsin as required by 28 U.S.C. § 1446(d).

Dated at Milwaukee, Wisconsin this 19th day of November, 2026.


SCOTT F. BROWN
Milwaukee County Corporation Counsel

By: s/ Dale R. Nikolay
DALE R. NIKOLAY
Assistant Corporation Counsel
Wisconsin Bar No. 1002447
Milwaukee County Office of Corporation Counsel
901 North 9th Street, Room 303
Milwaukee, WI 53233
Telephone: (414) 278-4300
Facsimile: (414) 223-1249
Attorneys for Defendant Michael Wilkerson

The undersigned hereby consents to the removal of this action by Defendant Michael Wilkerson pursuant to 28 U.S.C. §§ 1446(b)(2)(A) and (C).

Dated November 19, 2026.

QUARLES & BRADY LLP

By: s/ Joseph P. Poehlmann

JOSEPH P. POEHLMANN
Wisconsin Bar No. 1095858
411 E. Wisconsin Ave., Ste. 2400
Milwaukee, WI 53202
Telephone: (414) 277-5763
Attorney for Defendant Mary Laird